# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Comp Environmental, Inc. ) ASBCA No. 61815
)
Under Contract No. W911WN-15-C-0007 )

APPEARANCE FOR THE APPELLANT: Maria L. Panichelli, Esq.
Cohen Seglias Pallas Greenhall & Furman
Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Richard J. Sprunk, Esq.
Engineer District Counsel
U.S. Army Engineer District, Pittsburgh

## ORDER OF DISMISSAL

The Board docketed this appeal on September 26, 2018. The government filed a motion to dismiss this appeal for lack of jurisdiction on October 31, 2018, alleging that appellant had not submitted a claim to the contracting officer. By letter dated November 14, 2018, the parties jointly moved to dismiss this appeal without prejudice to allow for submission of a claim. Accordingly, this appeal is dismissed from the Board's docket without prejudice.

Dated: November 16, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61815, Appeal of Comp Environmental, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals